IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF INFORMATION ASSOCIATED WITH FACEBOOK USER ID 100001566434885 THAT IS STORED AT A PREMISES CONTROLLED BY FACEBOOK INC. | Case No. 3:19-MJ- *149* |

## AFFIDAVIT IN SUPPORT OF
## AN APPLICATION FOR A SEARCH WARRANT

I, Task Force Officer Michael W. Sardelis, being first duly sworn, hereby depose and

state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1.      I make this Affidavit in support of an Application for a Search Warrant for

information associated with a certain Facebook user ID that is stored at premises owned,

maintained, controlled, or operated by Facebook Inc. ("Facebook"), a social networking

company headquartered in Menlo Park, California.  The information to be searched is described

in the following paragraphs and in Attachment A.  This Affidavit is made in support of an

Application for a Search Warrant under 18 U.S.C. §§ 2703(a), 2703(b)(1)(A) and 2703(c)(1)(A)

to require Facebook to disclose to the government records and other information in its

possession, pertaining to the subscribers or customers associated with the user IDs.

2.      I am a Task Force Officer (TFO) with the Federal Bureau of Investigation (FBI),

and have been since October 2010.  I am assigned to the Safe Streets Task Force Gang Unit at

the Charlotte Division of the FBI.  I have been employed since 1999 by the Charlotte

Mecklenburg Police Department (CMPD) in Charlotte, North Carolina.  In 2010, I was assigned

to the CMPD's Gang Unit on a full-time basis.  During this time, I was assigned as a TFO with

the Department of Homeland Security's Gang Unit and then as a TFO with the FBI's Safe Streets Task Force Gang Unit. In my current capacity, I am assigned to investigate gang related crimes, including but not limited to, narcotics trafficking, murder, assault, weapons possession, fraud, interstate transportation of stolen automobiles and other property, the investigation of organized criminal activities and the laundering of monetary instruments associated with these crimes. I have received training in gang identification, narcotics, firearm related crimes, computer forensics, cell phone forensics, social media investigations, and other types of investigations through the FBI, CMPD, and other agencies.

3. The facts in this Affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This Affidavit is intended to show merely that there is sufficient probable cause for the requested Warrant and does not set forth all of my knowledge about this matter.

4. Based on my training and experience and the facts as set forth in this Affidavit, there is probable cause to believe that violations of 18 U.S.C. § 1962(c) and (d) have been committed by DRICKO HUSKEY, and other persons known and unknown (TARGET SUBJECTS). There is also probable cause to search the information described in Attachment A for evidence of these crimes and contraband or fruits of these crimes, as described in Attachment B.

## BACKGROUND – UNITED BLOOD NATION

5. The Federal Bureau of Investigation (FBI) and other law enforcement agencies are currently investigating members and associates of the United Blood Nation (UBN), a national criminal street gang with local "hoods" or "sets" in Mecklenburg County, North Carolina and elsewhere for violations of federal law. Specifically, law enforcement officers are investigating

2

the members of the UBN, including the TARGET SUBJECTS, for violating the following offenses: 18 U.S.C. § 1962(c) and (d), Racketeer Influenced and Corrupt Organization (RICO), by conducting and conspiring to conduct the affairs of an enterprise, as defined in Section 1961(4) of Title 18, United States Code, that is, a group of individuals associated in fact, although not a legal entity, to wit, the TARGET SUBJECTS and others, the activities of which affect interstate and foreign commerce, through a pattern of racketeering activity, consisting of acts indictable under federal law involving drug distribution (21 U.S.C. § 841(a)(1)), drug conspiracy (21 U.S.C. § 846), Hobbs Act robbery (18 U.S.C. § 1951), Interstate or Foreign Travel or Transportation in Aid of Racketeering Enterprise (18 U.S.C. § 1952); financial institution fraud (18 U.S.C. § 1344) and acts chargeable under North Carolina state law involving murder and attempted murder (N.C. Gen. Stat. §§ 14-17/14-2.5), and robbery (N.C. Gen. Stat. §14-87). There is also probable cause to believe that the TARGET SUBJECTS are committing violent crimes in aid of racketeering (18 U.S.C. § 1959), and certain firearms offenses (18 U.S.C. §§ 922 and 924). The TARGET SUBJECTS were indicted by a Grand Jury sitting in the Western District of North Carolina on May 16, 2017 for the crimes described above relating to their membership in the UBN.

6.     Investigators have obtained information from interviews with numerous UBN members, defendants, and cooperators; consensually monitored telephone conversations; Title III wire and electronic interceptions; pole camera footage; geo-location data; police reports; and other law enforcement agents and officers who are familiar with the UBN.

7.     The UBN is the East Coast off-shoot of the California based criminal street gang commonly known as the "Bloods." The Bloods gang was founded in Los Angeles in the 1970's as a response to the rise and dominance of the Crips street gang. The UBN is only loosely

affiliated with west coast Bloods, and began as a prison gang in the state of New York in 1993. The gang was formed by prisoners in order to give themselves protection from other gang members in the prison system. Since its inception, the UBN has spread throughout the eastern and central United States, and now has a presence in at least eight (8) states.

8. As part of the UBN's organization, gang members are expected to conduct themselves and their illegal activity according to rules and regulations set by their leaders. This includes paying monthly "dues" to the organization, a percentage of the funds of which are transferred to leadership in New York, and a percentage of the funds used locally for gang business. The UBN sometimes refers to dues as "donations" or "tuition." Additionally, members of the UBN frequently utilize Western Union, Walmart to Walmart, and MoneyGram to transfer funds and or gang dues.

9. As the investigation has revealed so far, the UBN's primary source of income in the southeast United States is derived from illegal activity, including but not limited to, the trafficking of narcotics, burglaries, robberies, the sale of weapons, prostitution, bank fraud, and identity theft. The UBN "Hoods" in this investigation derive the majority of their proceeds from these criminal activities, which in turn are required to be transferred to gang leaders through monthly dues or other monetary "contributions." UBN members commonly carry, conceal, possess, and transfer firearms.

10. The UBN operates as a criminal enterprise. Accordingly, the UBN regularly conducts meetings in order to discuss gang business. At these meetings, members discuss dues, rules, organizational strategies, the break-down of individual districts and, most importantly, national hierarchy.

11.    UBN members communicate through Facebook with other members throughout the United States. Gang members, and members of the UBN in particular, often post indicia of membership and association with the gang on their Facebook and Instagram accounts, including, but not limited to, photographs of clothing bearing gang insignias or containing gang colors; photographs of members posing together; photographs showing gang-specific "hand signs;" and photographs depicting themselves or other UBN members displaying UBN related tattoos. UBN members also post photographs of gang symbols, weapons, narcotics and gang graffiti on their accounts. I have knowledge obtained through the utilization of a Confidential Source (CS) that UBN members in the Charlotte area have used Facebook to communicate instructions regarding meetings. They also use Facebook to post photographs of themselves or other UBN gang members wearing gang colors associated with the UBN, displaying UBN tattoos, and flashing UBN gang signs, evidencing the existence of the organization and that the users of the Facebook accounts are members of the UBN. As described below, the TARGET SUBJECTS utilize Facebook and other social media forms to communicate with one another and to post messages and photographs that evidence their membership in and support of the UBN enterprise.

## PROBABLE CAUSE

12.    DRICKO HUSKEY, a/k/a "Drizzy" is a member of the UBN who was indicted on UBN related RICO charges in May 2017. A Facebook account utilizing Facebook User Number "100001566434885" and Facebook User Name **"Bossman Chavo" (TARGET ACCOUNT)** is believed by investigators to have been HUSKEY'S Facebook account prior to being indicted. Information on this account was collected collaterally through several federal search warrants which were executed on the Facebook accounts of known UBN associates. On March 23, 2016, the user of the **TARGET ACCOUNT** sent a private message to Facebook User "Clifton

Gordon," a known UBN associate, informing him that the user of the **TARGET ACCOUNT** signed up to be a part of a particular Facebook group. The message which was sent by the user of the **TARGET ACCOUNT** stated, "I'm in bro u should see me in as dricko huskey". (See Attachment C). In this message, the user of the **TARGET ACCOUNT** confirms the Facebook account name. An open media search of the **TARGET ACCOUNT** located multiple photographs of HUSKEY. Attachment D shows a photo of HUSKEY as the user of the account and is identified as a mobile upload by the account holder. During this same search, located in the About tab under the Overview, it is documented that the owner of the **TARGET ACCOUNT** "Lives in Shelby, North Carolina From Shelby, North Carolina". (See Attachment E). It is known by investigators that HUSKEY lived in Shelby, North Carolina. Also located in the About tab under the Family and Relationships, are several individual's Facebook Pages identified as a brother, cousin, or family member whom have the last name of HUSKEY. (See Attachment F).

13.     On August 12, 2012, the user of the **TARGET ACCOUNT** received a private Facebook message from Facebook User "Damu Tano" whom your Affiant knows to be Richard DIAZ aka "Damu." DIAZ is a UBN member who was indicted on UBN-related RICO charges in May 2017. DIAZ stated, "Wasup bro...jus lettin u sno im send my dues for dis month with xoaxh he say gone stop by da zone and head to da shell today...i might bum out there too...and by next ill be able fuxk with the insurance gig jus had too muxh on my plate smell me..e.s." (See Attachment G). In this private Facebook message, DIAZ is telling the user of the **TARGET ACCOUNT** that he will be sending his UBN gang dues for that month, "...jus lettin u sno im send my dues for dis month", and is going to go to Shelby, NC today "...and head to da shell today...."

6

14.     Almost a year later on August 9, 2013, DIAZ and the user of the **TARGET ACCOUNT** exchanged private Facebook messages regarding DIAZ's potential recruitment into HUSKEY's own UBN line. DIAZ stated, "Wuts saucy hommie... Aint heard from ya in a min. Send me ya math bruh! Oh and what rank was u gone gimmie if i wouldnt roxked wit ya?!" HUSKEY, via the **TARGET ACCOUNT**, responded, "depend on how many drops u got bt u kno i got u been fuckn wit u 2 long an i kno wut u do." DIAZ responded, "I got 4 and bout 2 on 31...dats wasup." HUSKEY responded, "Txt my link". (See Attachment H). In these exchanges, DIAZ asked the user of the **TARGET ACCOUNT** for the user's phone number, "Send me ya math...", and also asked about what rank within the user of the **TARGET ACCOUNT's** line would he have been given, "what rank was u gone gimmie...." The user of the **TARGET ACCOUNT** responded with a phone number and asked how many UBN members DIAZ has under him, "... hom many drops u got...." DIAZ responded that he has four (4) UBN members under him, "I got 4...." The user of the **TARGET ACCOUNT** then instructed DIAZ to text the user's phone and the conversation ends. Both the user of the **TARGET ACCOUNT** and DIAZ used gang terminology throughout their messages.

15.     On August 20, 2013, the user of the **TARGET ACCOUNT** and Facebook User "Billy Ike Wray" whom your Affiant knows to be Patrick WRAY aka "Ike," a UBN member who was indicated on UBN-related RICO charges in May 2017, exchanged private Facebook messages. The user of the **TARGET ACCOUNT** stated, "I jus tlk 2 juice he said u flipd kuz u aint kno oth." WRAY responded, "Yea bruh gt to get real rite boo leavin me lost." The **TARGET ACCOUNT** replied, "So u made da move i thought u wuz wit boo nw but im doin me i aint wit dat making nigga get under a nigga he Dnt wnt 2." (See Attachment I). In this series of messages, the user of the **TARGET ACCOUNT** asked WRAY if he has changed to a different

UBN Hood, or "flipped", because he did not know his UBN gang knowledge, or "oth." WRAY responded that he switched lines because he was not being properly informed about gang knowledge from his UBN superior. The user of the **TARGET ACCOUNT** told WRAY he did not agree with making people move under another high ranking UBN member if they didn't want to. WRAY then told the **TARGET ACCOUNT** that he moved to the Nine Trey Gangster set of the UBN even though he did not want to. In this series of messages, the user of the **TARGET ACCOUNT** and WRAY discussed the movement of members between Hoods and lines within the UBN.

## FACEBOOK

16.    Facebook owns and operates a free-access social networking website of the same name that can be accessed at http://www.facebook.com. Facebook allows its users to establish accounts with Facebook, and users can then use their accounts to share written news, photographs, videos, and other information with other Facebook users, and sometimes with the general public.

17.    Facebook asks users to provide basic contact and personal identifying information to Facebook, either during the registration process or thereafter. This information may include the user's full name, birth date, gender, contact e-mail addresses, Facebook passwords, physical address (including city, state, and zip code), telephone numbers, screen names, websites, and other personal identifiers. Facebook also assigns a user identification number to each account.

18.    Facebook users may join one or more groups or networks to connect and interact with other users who are members of the same group or network. Facebook assigns a group identification number to each group. A Facebook user can also connect directly with individual Facebook users by sending each user a "Friend Request." If the recipient of a "Friend Request"

accepts the request, then the two users will become "Friends" for purposes of Facebook and can exchange communications or view information about each other. Each Facebook user's account includes a list of that user's "Friends" and a "News Feed," which highlights information about the user's "Friends," such as profile changes, upcoming events, and birthdays.

19.    Facebook users can select different levels of privacy for the communications and information associated with their Facebook accounts. By adjusting these privacy settings, a Facebook user can make information available only to himself or herself, to particular Facebook users, or to anyone with access to the Internet, including people who are not Facebook users. A Facebook user can also create "lists" of Facebook friends to facilitate the application of these privacy settings. Facebook accounts also include other account settings that users can adjust to control, for example, the types of notifications they receive from Facebook.

20.    Facebook users can create profiles that include photographs, lists of personal interests, and other information. Facebook users can also post "status" updates about their whereabouts and actions, as well as links to videos, photographs, articles, and other items available elsewhere on the Internet. Facebook users can also post information about upcoming "events," such as social occasions, by listing the event's time, location, host, and guest list. In addition, Facebook users can "check in" to particular locations or add their geographic locations to their Facebook posts, thereby revealing their geographic locations at particular dates and times. A particular user's profile page also includes a "Wall," which is a space where the user and his or her "Friends" can post messages, attachments, and links that will typically be visible to anyone who can view the user's profile.

21.    Facebook allows users to upload photos and videos, which may include any metadata such as location that the user transmitted when s/he uploaded the photo or video. It

also provides users the ability to "tag" (i.e., label) other Facebook users in a photo or video. When a user is tagged in a photo or video, he or she receives a notification of the tag and a link to see the photo or video. For Facebook's purposes, the photos and videos associated with a user's account will include all photos and videos uploaded by that user that have not been deleted, as well as all photos and videos uploaded by any user that have that user tagged in them.

22. Facebook users can exchange private messages on Facebook with other users. Those messages are stored by Facebook unless deleted by the user. Facebook users can also post comments on the Facebook profiles of other users or on their own profiles; such comments are typically associated with a specific posting or item on the profile. In addition, Facebook has a chat feature that allows users to send and receive instant messages through Facebook Messenger. These chat communications are stored in the chat history for the account. Facebook also has Video and Voice Calling features, and although Facebook does not record the calls themselves, it does keep records of the date of each call.

23. If a Facebook user does not want to interact with another user on Facebook, the first user can "block" the second user from seeing his or her account.

24. Facebook has a "like" feature that allows users to give positive feedback or connect to particular pages. Facebook users can "like" Facebook posts or updates, as well as webpages or content on third-party (i.e., non-Facebook) websites. Facebook users can also become "fans" of particular Facebook pages.

25. Facebook has a search function that enables its users to search Facebook for keywords, usernames, or pages, among other things.

26. Each Facebook account has an activity log, which is a list of the user's posts and other Facebook activities from the inception of the account to the present. The activity log

includes stories and photos that the user has been tagged in, as well as connections made through the account, such as "liking" a Facebook page or adding someone as a friend. The activity log is visible to the user but cannot be viewed by people who visit the user's Facebook page.

27.     Facebook also has a Marketplace feature, which allows users to post free classified ads. Users can post items for sale, housing, jobs, and other items on the Marketplace.

28.     In addition to the applications described above, Facebook also provides its users with access to thousands of other applications ("apps") on the Facebook platform. When a Facebook user accesses or uses one of these applications, an update about that the user's access or use of that application may appear on the user's profile page.

29.     Facebook also retains Internet Protocol ("IP") logs for a given user ID or IP address. These logs may contain information about the actions taken by the user ID or IP address on Facebook, including information about the type of action, the date and time of the action, and the user ID and IP address associated with the action. For example, if a user views a Facebook profile, that user's IP log would reflect the fact that the user viewed the profile, and would show when and from what IP address the user did so.

30.     Social networking providers like Facebook typically retain additional information about their users' accounts, such as information about the length of service (including start date), the types of service utilized, and the means and source of any payments associated with the service (including any credit card or bank account number). In some cases, Facebook users may communicate directly with Facebook about issues relating to their accounts, such as technical problems, billing inquiries, or complaints from other users. Social networking providers like Facebook typically retain records about such communications, including records of contacts

between the user and the provider's support services, as well as records of any actions taken by the provider or user as a result of the communications.

31.    As explained herein, information stored in connection with a Facebook account may provide crucial evidence of the "who, what, why, when, where, and how" of the criminal conduct under investigation, thus enabling the United States to establish and prove each element or alternatively, to exclude the innocent from further suspicion. In my training and experience, a Facebook user's IP log, stored electronic communications, and other data retained by Facebook, can indicate who has used or controlled the Facebook account. This "user attribution" evidence is analogous to the search for "indicia of occupancy" while executing a search warrant at a residence. For example, profile contact information, private messaging logs, status updates, and tagged photos (and the data associated with the foregoing, such as date and time) may be evidence of who used or controlled the Facebook account at a relevant time. Further, Facebook account activity can show how and when the account was accessed or used. For example, as described herein, Facebook logs the Internet Protocol (IP) addresses from which users access their accounts along with the time and date. By determining the physical location associated with the logged IP addresses, investigators can understand the chronological and geographic context of the account access and use relating to the crime under investigation. Such information allows investigators to understand the geographic and chronological context of Facebook access, use, and events relating to the crime under investigation. Additionally, Facebook builds geo-location into some of its services. Geo-location allows, for example, users to "tag" their location in posts and Facebook "friends" to locate each other. This geographic and timeline information may tend to either inculpate or exculpate the Facebook account owner. Last, Facebook account activity may provide relevant insight into the Facebook account owner's state of mind as it

relates to the offense under investigation. For example, information on the Facebook account may indicate the owner's motive and intent to commit a crime (e.g., information indicating a plan to commit a crime), or consciousness of guilt (e.g., deleting account information in an effort to conceal evidence from law enforcement).

32.     Therefore, the computers of Facebook are likely to contain all the material described above, including stored electronic communications and information concerning subscribers and their use of Facebook, such as account access information, transaction information, and other account information.

### INFORMATION TO BE SEARCHED AND THINGS TO BE SEIZED

33.     I anticipate executing this Warrant under the Electronic Communications Privacy Act, in particular 18 U.S.C. §§ 2703(a), 2703(b)(1)(A) and 2703(c)(1)(A), by using the Warrant to require Facebook to disclose to the government copies of the records and other information (including the content of communications) particularly described in Section I of Attachment B. Upon receipt of the information described in Section I of Attachment B, government-authorized persons will review that information to locate the items described in Section II of Attachment B.

### CONCLUSION

34.     Based on the forgoing, I request that the Court issue the proposed Search Warrant.

35.     This Court has jurisdiction to issue the requested warrant because it is "a court of competent jurisdiction" as defined by 18 U.S.C. § 2711. 18 U.S.C. §§ 2703(a), (b)(1)(A) & (c)(1)(A). Specifically, the Court is "a district court of the United States that – has jurisdiction over the offense being investigated." 18 U.S.C. § 2711(3)(A)(i).

36.     Pursuant to 18 U.S.C. § 2703(g), the presence of a law enforcement officer is not required for the service or execution of this warrant.

13

Respectfully submitted,

Michel W. Sardelis
Task Force Officer
Federal Bureau of Investigation

Subscribed and sworn to before me
On May 2, 2019:

DAVID C. KESSLER
UNITED STATES MAGISTRATE JUDGE

# ATTACHMENT A

**Property to Be Searched**

This Warrant applies to information associated with the Facebook user ID

Facebook User Number "**100001566434885**" (**TARGET ACCOUNT**)

that is stored at premises owned, maintained, controlled, or operated by Facebook Inc., a

company headquartered in Menlo Park, California.

## ATTACHMENT B

### Particular Things to be Seized

## I.    Information to be disclosed by Facebook

To the extent that the information described in Attachment A is within the possession, custody, or control of Facebook Inc. ("Facebook"), regardless of whether such information is located within or outside of the United States, including any messages, records, files, logs, or information that have been deleted but are still available to Facebook, or have been preserved pursuant to a request made under 18 U.S.C. § 2703(f), Facebook is required to disclose the following information to the government for each user IDs listed in Attachment A:

(a)    All contact and personal identifying information, including full name, user identification number, birth date, gender, contact e-mail addresses, physical address (including city, state, and zip code), telephone numbers, screen names, websites, and other personal identifiers.

(b)    All activity logs for the account and all other documents showing the user's posts and other Facebook activities from January 1, 2010 to May 2, 2019;

(c)    All photos and videos uploaded by that user ID and all photos and videos uploaded by any user that have that user tagged in them from January 1, 2010 to May 2, 2019, including Exchangeable Image File ("EXIF") data and any other metadata associated with those photos and videos;

(d)    All profile information; News Feed information; status updates; videos, photographs, articles, and other items; Notes; Wall postings; friend lists, including the friends' Facebook user identification numbers; groups and networks of which the user is a member, including the groups' Facebook group identification

numbers; future and past event postings; rejected "Friend" requests; comments; gifts; pokes; tags; and information about the user's access and use of Facebook applications;

(e) All records or other information regarding the devices and internet browsers associated with, or used in connection with, that user IDs, including the hardware model, operating system version, unique device identifiers, mobile network information, and user agent string;

(f) All other records and contents of communications and messages made or received by the users from March 1, 2012 to May 2, 2019, including all Messenger activity, private messages, chat history, video and voice calling history, and pending "Friend" requests;

(g) All "check ins" and other location information;

(h) All IP logs, including all records of the IP addresses that logged into the account;

(i) All records of the account's usage of the "Like" feature, including all Facebook posts and all non-Facebook webpages and content that the user has "liked";

(j) All information about the Facebook pages that the account is or was a "fan" of;

(k) All past and present lists of friends created by the account;

(l) All records of Facebook searches performed by the from January 1, 2010 to May 2, 2019;

(m) All information about the user's access and use of Facebook Marketplace;

(n) The types of service utilized by the user;

2

(o)     The length of service (including start date) and the means and source of any

        payments associated with the service (including any credit card or bank account

        number);

(p)     All privacy settings and other account settings, including privacy settings for

        individual Facebook posts and activities, and all records showing which Facebook

        users have been blocked by the account;

(q)     All records pertaining to communications between Facebook and any person

        regarding the user or the user's Facebook account, including contacts with support

        services and records of actions taken.

Facebook is hereby ordered to disclose the above information to the government within

10 days of service of this warrant.

II.    **Information to be seized by the government**

All information described above in Section I that constitutes fruits, evidence and instrumentalities of violations of 18 U.S.C. § 1962(c) and (d) involving **DRICKO HUSKEY**, and other persons known and unknown (**TARGET SUBJECTS**) since January 1, 2010, including, for each user ID identified on Attachment A, information pertaining to the following matters:

(a) Communications among United Blood Nation members as well any communication regarding United Blood Nation business or crimes including drug trafficking, robbery, and murder; photographs of United Blood Nation graffiti, symbols, paraphernalia; tattoos, and members; communication regarding extortion schemes and threats to non-United Blood Nation members; communication regarding acts of violence and efforts to avoid law enforcement apprehension; communication regarding the recruitment of new members; communication regarding the destruction of evidence; communication regarding the account user's location on the date of certain racketeering-related criminal acts;

(b) Records relating to who created, used, or communicated with the user ID, including records about their identities and whereabouts.

(c) Evidence indicating how and when the Facebook account was accessed or used, to determine the chronological and geographic context of account access, use, and events relating to the crime under investigation and to the Facebook account owner; and

(d) Evidence indicating the Facebook account owner's state of mind as it relates to the crime under investigation.

Facebook Business Record                    Page 74115

**Recipients** Clifton Gordon (1268317166)
Bossman Chavo (100001566434885)
**Author** Bossman Chavo (100001566434885)
**Sent** 2016-03-23 01:54:03 UTC
**Deleted** false
**Body** I'm in bro u should see me in as dricko huskey

**Attachment D**



**Attachment E**

 **About**

To see what he shares with friends, send him a friend request.                    **Add Friend**

**Overview**

Work and Education

Places He's Lived

Contact and Basic Info

Family and Relationships

Details About Bossman

Life Events

 Works at CEO / founder of DropHitz
Management

 No schools to show

Lives in Shelby, North Carolina
From **Shelby, North Carolina**

 17 family members


## 👤 About

To see what he shares with friends, send him a friend request.

**👤 Add Friend**

| |
|---|
| Overview |
| Work and Education |
| Places He's Lived |
| Contact and Basic Info |
| **Family and Relationships** |
| Details About Bossman |
| Life Events |

**RELATIONSHIP**

Single

**FAMILY MEMBERS**

 **Bbyquh Juss'Livinq Lifee**
Sister

**Blackk Jesus**
Brother

**Dat Negro Tedrick**
Brother

**Fuller LaShannda**
Sister

 **Jamez Huskey**
Brother

 **Jasmine Oglesby**
Sister

 **Joe Roberts Jones**
Brother

**Johnny Mitchell**
Brother

 **La'Quanda Hoey**
Sister

**Latitus Corry**
Brother

**Onehunnit Percent Real**
Brother

**Trill Corry**
Brother

 **Rashawn M Huskey**
Cousin

 **Cedrica Huskey**
Cousin

 **Jada Cline**
Cousin

 **KaRaan Huskey**
Cousin

 **Shantae Faithinahigherpower Huskey**
Family member

**Recipients** Bossman Chavo (100001566434885)
            Damu Tano (100000185597298)
    **Author** Damu Tano (100000185597298)
      **Sent** 2012-08-12 22:41:44 UTC
   **Deleted** false
      **Body** Wasup bro...jus lettin u sno im send my dues for diṡ month with xoaxh he say gone
            stop by da zone and head to da shell today...i might bum out there too...and by next
            ill be able fuxk with the insurance gig jus had too muxh on my plate smell me..e.s.

**Recipients**
Bossman Chavo (100001566434885)
Damu Tano (100000185597298)
**Author** Damu Tano (100000185597298)
**Sent** 2013-08-09 22:27:12 UTC
**Deleted** false
**Body** Wuts saucy hommie... Aint heard from ya in a min. Send me ya math bruh! Oh and what rank was u gone gimmie if i wouldnt roxked wit ya?!

**Recipients** Damu Tano (100000185597298)
Bossman Chavo (100001566434885)
**Author** Bossman Chavo (100001566434885)
**Sent** 2013-08-09 22:29:50 UTC
**Deleted** false
**Body** 7044669105 depend on how many drops u got bt u kno i got u been fuckn wit u 2 long an i kno wut u do

**Recipients** Bossman Chavo (100001566434885)
Damu Tano (100000185597298)
**Author** Damu Tano (100000185597298)
**Sent** 2013-08-09 22:31:38 UTC
**Deleted** false
**Body** I got 4 and bout 2 on 31...dats wasup.

**Recipients** Damu Tano (100000185597298)
Bossman Chavo (100001566434885)
**Author** Bossman Chavo (100001566434885)
**Sent** 2013-08-09 22:32:19 UTC
**Deleted** false
**Body** Txt my link

**Author**
Bossman Chavo (100001566434885)
**Sent** 2013-08-20 03:52:08 UTC
**Body** Datz wut it iz bruh u a man just like dey is alwayz remember dat my nigga

**Author** Ike Wray (100004165269056)
**Sent** 2013-08-20 03:46:55 UTC
**Body** I dnt want to he gt me 93rd bt if i have to to get rite kuz they say they want to holla at boo kuz they say sht he kalln a dub sht im just lost in between bt im a follow my heart doe

**Author** Bossman Chavo (100001566434885)
**Sent** 2013-08-20 03:41:23 UTC
**Body** So u made da move i thought u wuz wit boo nw but im doin me i aint wit dat making nigga get under a nigga he Dnt wnt 2

**Author** Ike Wray (100004165269056)
**Sent** 2013-08-20 03:38:52 UTC
**Body** Yea bruh gt to get real rite boo leavin me lost

**Author** Bossman Chavo (100001566434885)
**Sent** 2013-08-20 03:35:54 UTC
**Body** I jus tlk 2 juice he said u flipd kuz u aint kno oth

## CERTIFICATE OF AUTHENTICITY OF DOMESTIC RECORDS PURSUANT TO FEDERAL RULES OF EVIDENCE 902(11) AND 902(13)

I, _____, attest, under penalties of perjury by the laws of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in this certification is true and correct. I am employed by Facebook, and my title is

_____. I am qualified to authenticate the records attached hereto because I am familiar with how the records were created, managed, stored, and retrieved. I state that the records attached hereto are true duplicates of the original records in the custody of Facebook. The attached records consist of _____ (pages/CDs/megabytes). I further state that:

a. all records attached to this certificate were made at or near the time of the occurrence of the matter set forth by, or from information transmitted by, a person with knowledge of those matters, they were kept in the ordinary course of the regularly conducted business activity of Facebook, and they were made by Facebook as a regular practice; and

b. such records were generated by Facebook's electronic process or system that produces an accurate result, to wit:

1. the records were copied from electronic device(s), storage medium(s), or file(s) in the custody of Facebook in a manner to ensure that they are true duplicates of the original records; and

2. the process or system is regularly verified by Facebook, and at all times pertinent to the records certified here the process and system functioned properly and normally.

I further state that this certification is intended to satisfy Rules 902(11) and 902(13) of the Federal Rules of Evidence.

_____    _____
Date                      Signature